1  Tanya E. Moore, SBN 206683
   Zachary M. Best, SBN 166035
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046
   Email:  service@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Jose Escobedo

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  JOSE ESCOBEDO,                              )   No.  1:16-cv-01236-LJO-SAB
                                                )
13              Plaintiff,                      )   **STIPULATION FOR EXTENSION OF**
                                                )   **TIME FOR ALL DEFENDANTS TO**
14       vs.                                    )   **RESPOND TO COMPLAINT; ORDER**
                                                )
15  SAVE MART SUPERMARKETS dba FOOD             )
    MAXX #459, et al.,                          )
16                                              )
                Defendants.                     )
17                                              )
    _____)

18

19

20

21

22

23

24

25

26

27

28

1 **WHEREAS,** Plaintiff Jose Escobedo ("Plaintiff") and Defendant Clovis I, LLC ("Clovis") previously entered into a stipulation granting Clovis to and including October 17, 2016 to file a responsive pleading in this matter (Dkt. 7);

**WHEREAS,** Plaintiff, Clovis, and defendant Save Mart Supermarkets dba Food Maxx #459 ("Save Mart," and together with Clovis, "Defendants") are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that Defendants may have to and including November 18, 2016 to file responsive pleadings in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order, including the Mandatory Scheduling Conference set for November 28, 2016 and the joint scheduling report that must be filed by November 21, 2016.

Dated: November 7, 2016                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorneys for Plaintiff
                                       Jose Escobedo

Dated: November 8, 2016                FINNERTY LAW OFFICES INC.

                                       */s/ Kathleen E. Finnerty*
                                       Kathleen E. Finnerty
                                       Attorneys for Defendant
                                       Clovis I, LLC

Dated: November 7, 2016                LANG RICHERT & PATCH

                                       */s/ Charles Trudung Taylor*
                                       Charles Trudung Taylor
                                       Attorneys for Defendant
                                       Save Mart Supermarkets

I attest that the signature of Charles Trudung Taylor whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff
                                     Jose Escobedo

## **ORDER**

       The Parties having so stipulated and good cause appearing,

       **IT IS HEREBY ORDERED** that Defendants, Clovis I, LLC and Save Mart Supermarkets dba Food Maxx #459, shall have to and including November 18, 2016 within which to file responsive pleadings.

IT IS SO ORDERED.

Dated:   **November 8, 2016**                                
                                                       UNITED STATES MAGISTRATE JUDGE