Tanya E. Moore, SBN 206683
Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  service@moorelawfirm.com

Attorneys for Plaintiff
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCBOEDO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAVE MART SUPERMARKETS dba FOOD MAXX #459, et al.,<br><br>　　　　Defendants. | No.  1:16-cv-01236-LJO-SAB<br><br>**STIPULATION FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS' RESPONSIVE PLEADINGS AND FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

**WHEREAS,** Plaintiff Jose Escobedo ("Plaintiff"), and Defendants, Save Mart Supermarkets dba Food Maxx #459 and Clovis I, LLC ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including November 18, 2016 to file responsive pleadings in this matter (Dkt. 9);

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for November 28, 2016 (Dkt. 4);

**WHEREAS,** the Parties are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing the responsive pleading while they exhaust settlement efforts, and to conserve Court resources;

1     **NOW, THEREFORE,** the Parties, by and through their respective counsel, stipulate to
2  a continuance of the Mandatory Scheduling Conference currently set for November 28, 2016 to
3  a date at the Court's convenience on or after January 17, 2017. The Parties additionally stipulate
4  to a further extension of time for Defendants' responsive pleadings, such that the responsive
5  pleadings be filed on or before January 6, 2017.

7  Dated: November 21, 2016                MOORE LAW FIRM, P.C.

9                                          */s/ Tanya E. Moore*
                                            Tanya E. Moore
10                                          Attorneys for Plaintiff,
                                            Jose Escobedo

12  Dated: November 21, 2016               FINNERTY LAW OFFICES INC.

14                                         */s/ Kathleen E. Finnerty*
                                            Kathleen E. Finnerty
15                                          Attorneys for Defendant
                                            Clovis I, LLC

17  Dated: November 21, 2016               LANG RICHERT & PATCH

19                                         */s/ Charles Trudung Taylor*
                                            Charles Trudung Taylor
20                                          Attorneys for Defendant
                                            Save Mart Supermarkets

**ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the time within which Defendants Save Mart Supermarkets dba Food Maxx #459 and Clovis I, LLC, must file their responsive pleadings is extended to and including January 6, 2017. The Mandatory Scheduling Conference currently set for November 28, 2016 is continued to January 17, 2017 at 3:00 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **November 22, 2016**

UNITED STATES MAGISTRATE JUDGE