# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No. 1:16-cv-01236-LJO-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY JANUARY 5, 2017 |
| v. | |
| SAVE MART SUPERMARKETS, | (ECF No. 12) |
| Defendant. | |

On December 2, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before January 5, 2017.

IT IS SO ORDERED.

Dated: __December 5, 2016__

UNITED STATES MAGISTRATE JUDGE

1